

JOHN B. SULLIVAN (State Bar No. 96742)
REGINA J. McCLENDON (State Bar No. 184669)
rjm@severson.com
ERIK KEMP (State Bar No. 246196)
ek@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
EMC MORTGAGE CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAE DONG JUN, AKIHITO TAKAMURA, and LEO TAKAMURA,<br><br>            Plaintiffs,<br><br>    vs.<br><br>EMC MORTGAGE COMPANY, and DOES 1-10,<br><br>            Defendants. | Case No.:<br><br>**CERTIFICATION OF INTERESTED ENTITIES** |

        Pursuant to Civil Local Rule 3-16, defendant EMC Mortgage Corporation (incorrectly sued

herein as EMC Mortgage Company) certifies that the following listed persons, associations of

persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a

financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a

non-financial interest in that subject matter or in a party that could be substantially affected by the

outcome of the proceeding:  The Bear Stearns Companies, Inc.

DATED:  December 12, 2007          SEVERSON & WERSON, a Professional Corporation


By:  _____
                                                          Erik Kemp

Attorneys for Defendant
EMC MORTGAGE CORPORATION, sued
incorrectly herein as EMC Mortgage Company