JOHN B. SULLIVAN (State Bar No. 96742)
REGINA J. McCLENDON (State Bar No. 184669)
rjm@severson.com
ERIK KEMP (State Bar No. 246196)
ek@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
EMC MORTGAGE CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAE DONG JUN, AKIHITO TAKAMURA, and LEO TAKAMURA,<br><br>Plaintiffs,<br><br>vs.<br><br>EMC MORTGAGE COMPANY, and DOES 1-10,<br><br>Defendants. | Case No.: CV 07 06281 EMC<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A DISTRICT COURT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE

Defendant EMC Mortgage Corporation hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests reassignment of this case to a United States District Court Judge.

DATED: December 17, 2007

SEVERSON & WERSON
A Professional Corporation

By: _____
Regina J. McClendon

Attorneys for Defendant
EMC MORTGAGE CORPORATION, sued incorrectly herein as EMC Mortgage Company

## PROOF OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of San Francisco, California; my business address is Severson & Werson, One Embarcadero Center, Suite 2600, San Francisco, CA 94111.

On the date below I served a copy, with all exhibits, of the following document(s):

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A DISTRICT COURT JUDGE**

on all interested parties in said case addressed as follows:

Marc Voisenat
Attorney at Law
1330 Broadway, Suite 1035
Oakland, CA 94612
Telephone: (510) 272-9710
Facsimile: (510) 272-9158
*Attorneys for Plaintiffs*

☑ **(BY MAIL)** By placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in San Francisco, California, in sealed envelopes with postage fully prepaid.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. This declaration is executed in San Francisco, California, on December 17, 2007.

_____
Jennifer Negrete

- 2 -

11474/0087/652264.1

CERTIFICATE OF SERVICE
Case No. CV 07 06281 EMC.