1  Marc Voisenat (CSB# 170935)
   1330 Broadway, Suite 1035
2  Oakland, Ca. 94612
   Tel: (510) 272-9710
3  Fax: (510) 272-9158

4  Attorney for Plaintiffs
   Akihito Takamura, Jae Dong Jun and Leo Takamura
5

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10 | Jae Dong Jun, Akihito Takamura and Leo | Case No.: C-07-6281
   | Takamura |
11 |        Plaintiffs, | **PROOF OF SERVICE**
12 |    vs. |
13 | EMC Mortgage Company, |
14 |        Defendants, |
15

16

17 ///

18 ///

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25

I am over the age of 18 and not a party to the within action; my business address is 1330 Broadway, Suite 1035, Oakland, California 94612.

On January 24, 2008, I served the foregoing document described as: **CASE MANAGEMENT CONFERENCE ORDER; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES** on the interested parties by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Oakland addressed as follows:

Regina J. McClendon
Severson & Werson
One Embarcadero Center, Suite 2600
San Francisco, Ca. 94111

I declare, under penalty of perjury, under the laws of the State of California that the foregoing is true and correct.

Executed on January 24, 2008 at Oakland, California.

/s/ Marc Voisenat
Marc Voisenat, Attorney for Plaintiffs