# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Jun,<br><br>　　　　　　　　Plaintiff(s),<br><br>　　v.<br><br>EMC Mortgage Corporation,<br><br>　　　　　　　　Defendant(s). | 07-06281 MMC<br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order. Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter. Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)). (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

---

**Notice Re: Noncompliance With Court Order**
07-06281 MMC　　　　　　　　　　　　-1-

450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment to an e-mail directed to adr@cand.uscourts.gov.

It is the responsibility of counsel to schedule an ADR Phone Conference, if required, to occur <u>before</u> the Case Management Conference.

Dated: March 5, 2008

```
                              RICHARD W. WIEKING
                              Clerk
                              by:    Timothy J. Smagacz

                              _____
                              ADR Administrative Assistant
                              415-522-4205
                              Tim_Smagacz@cand.uscourts.gov
```

**Notice Re: Noncompliance With Court Order**
07-06281 MMC                                             -2-

PROOF OF SERVICE

Case Name:       Jun v. EMC Mortgage Corporation

Case Number:     07-06281 MMC

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.  I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On March 5, 2008, I served a true and correct copy of:

> **Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> Marc Edward Voisenat
> Law Offices of Marc Voisenat
> 1330 Broadway, #1035
> Oakland, CA 94612
> Voisenat@msn.com
>
> Erik Wayne Kemp
> Severson & Werson
> One Embarcadero Ctr.
> Suite 2600
> San Francisco, CA 94111
> ek@severson.com
>
> John B. Sullivan
> Severson & Werson
> One Embarcadero Center
> Suite 2600
> San Francisco, CA 94111
> jbs@severson.com
>
> Regina Jill McClendon Esq.

Severson & Werson
One Embarcadero Center, 26th Floor
San Francisco, CA 94111
rjm@severson.com


[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:
[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:


I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on March 5, 2008 in San Francisco, California.

    RICHARD W. WIEKING
    Clerk
    by:    Timothy J. Smagacz

    */s/ Timothy Smagacz*
_____
ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov