UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAE DONG JUN, AKIHITO TAKAMURA, and LEO TAKAMURA<br><br>Plaintiff,<br><br>v.<br><br>EMC MORTGAGE COMPANY<br><br>Defendant. | CASE NO. CV 07-06281 MMC<br><br>**STIPULATION AND ORDER SELECTING ADR PROCESS** |

I.  **ADR PROCESS**

The parties hereby stipulate to participate in the ADR process checked below *(select one court-connected or private process)*.

**Court-connected ADR processes:**

☐ Arbitration

☐ Non-binding

☐ Binding

☐ Early Neutral Evaluation (ENE)

☐ Early Settlement Conference with a Magistrate Judge

☒ Mediation

**Private ADR process:**

☐ Type of Process: _____

Name, address and phone number of private provider:

_____

_____

_____

STIPULATION AND ORDER SELECTING ADR PROCESS

NDC-ADR5

II. **TIMING FOR ADR PROCESS**

[x] **Cases in ENE or Mediation (or similar private process):**

The parties shall conduct the ADR session by June 19, 2008 _____ (no later than 90 days after the date set for the first Case Management Conference unless otherwise ordered under General Order 36, § VII.D.)

[ ] **Cases in Arbitration (court-connected or private):**

The parties shall conduct the Arbitration by _____ (no later than 135 days after the date set for the first Case Management Conference unless otherwise ordered -- the clerk will send the parties a list of arbitrators for ranking within 10 days after the Case Management Conference.)

III. **OTHER STIPULATIONS** (e.g. regarding additional disclosures and/or discovery before the ADR session, issues to be addressed in ADR session, etc.)

Dated: March 7, 2008

_____
Plaintiff
Jae Dong Jun, Akihito Takamura, Leo Takamura

Dated: March 7, 2008

_____
Defendant
EMC Mortgage Corporation

IT IS SO ORDERED.

Dated:

_____
United States District Judge