# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

JAE DONG JUN, AKIHITO TAKAMURA,  )  CASE NO. CV 07-06281 MMC
and LEO TAKAMURA                 )
                                 )  **STIPULATION AND ORDER**
                    Plaintiff,   )  **SELECTING ADR PROCESS**
                                 )
        v.                       )
                                 )
EMC MORTGAGE COMPANY             )
                                 )
                    Defendant.   )
_____  )

I.  **ADR PROCESS**

The parties hereby stipulate to participate in the ADR process checked below *(select one court-connected or private process)*.

**Court-connected ADR processes:**

☐ Arbitration

  ☐ Non-binding

  ☐ Binding

☐ Early Neutral Evaluation (ENE)

☐ Early Settlement Conference with a Magistrate Judge

☒ Mediation

**Private ADR process:**

☐ Type of Process: _____

Name, address and phone number of private provider:

_____

_____

_____

II.  **TIMING FOR ADR PROCESS**

[x]  **Cases in ENE or Mediation (or similar private process):**

The parties shall conduct the ADR session by June 19, 2008 _____ (no later than 90 days after the date set for the first Case Management Conference unless otherwise ordered under General Order 36, § VII.D.)

[ ]  **Cases in Arbitration (court-connected or private):**

The parties shall conduct the Arbitration by _____ (no later than 135 days after the date set for the first Case Management Conference unless otherwise ordered -- the clerk will send the parties a list of arbitrators for ranking within 10 days after the Case Management Conference.)

III.  **OTHER STIPULATIONS** (e.g. regarding additional disclosures and/or discovery before the ADR session, issues to be addressed in ADR session, etc.)

Dated: March 7, 2008

_____
Plaintiff
Jae Dong Jun, Akihito Takamura, Leo Takamura

Dated: March 7, 2008

_____
Defendant
EMC Mortgage Corporation

IT IS SO ORDERED.

Dated: March 10, 2008

_____
United States District Judge