JOHN B. SULLIVAN (State Bar No. 96742)
REGINA J. McCLENDON (State Bar No. 184669)
rjm@severson.com
ERIK KEMP (State Bar No. 246196)
ek@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
EMC MORTGAGE CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAE DONG JUN, AKIHITO TAKAMURA, and LEO TAKAMURA,<br><br>Plaintiffs,<br><br>vs.<br><br>EMC MORTGAGE COMPANY, and DOES 1-10,<br><br>Defendants. | Case No.: 07-cv-06281 MMC<br><br>**JOINT RULE 26(F) REPORT** |

Plaintiffs Jae Dong Jun, Akihito Takamura, and Leo Takamura, and defendant EMC Mortgage Corporation, by and through their respective counsel, hereby agree to the following pursuant to Rule 26(f) of the Federal Rules of Civil Procedure.

**I. INITIAL DISCLOSURES [Rule 26(f)(3)(A)]**

The parties agree to make the disclosures required by FRCP Rule 26(a)(1), by April 4, 2008.

**II. DISCOVERY [Rule 26(f)(3)(B)]**

EMC contends that discovery is needed on the following subjects:

1. The basis on which plaintiffs contend that they made all payments pursuant to the September 14, 2006 forbearance agreement.

2. The basis on which plaintiffs contend that EMC breached the September 14, 2006 forbearance agreement.

3. The basis on which plaintiffs contend that EMC's foreclosure on their former property breached the forbearance agreement.

4. The basis on which plaintiffs contend that they have suffered general, consequential, and compensatory damages.

5. The basis on which plaintiffs contend they are entitled to attorneys' fees in this action.

**III. ELECTRONIC INFORMATION [Rule 26(f)(3)(C)]**

The parties agree that electronic information may be produced in pdf format.

**IV. CLAIMS OF PRIVILEGE AND WORK PRODUCT [Rule 26(f)(3)(D)]**

EMC reserves its right to seek a protective order preventing the dissemination of confidential and proprietary information outside this litigation.

**V. LIMITATIONS ON DISCOVERY [Rule 26(f)(3)(E)]**

The parties agree that no changes should be made in the limitations on discovery.

**VI. OTHER ORDERS [Rule 26(f)(3)(F)]**

The parties agree no other orders should be entered by the court under subdivision (c) or under Rule 16(b) and (c) at this time.

DATED: March 17, 2008

SEVERSON & WERSON
A Professional Corporation

By:__________________________________
Regina J. McClendon

Attorneys for Defendant
EMC MORTGAGE CORPORATION, sued incorrectly herein as EMC Mortgage Company

DATED: March 17, 2008

By: ______________________________
Marc Voisenat

Attorneys for Plaintiffs
JAE DONG JUN, AKIHITO TAKAMURA, and LEO TAKAMURA