**CIVIL MINUTES**

**Judge MAXINE M. CHESNEY**

Date: MAR 21 2008

C-07-6281-MMC (MED)

Jae Dong Jun et al   v.   EMC Mortgage Corp.

Attorneys: Marc Voisenat     Regina McClendon

Deputy Clerk: **TRACY LUCERO**   Reporter: Not Reported

**PROCEEDINGS:**   **RULING:**

1. _____
2. _____
3. _____
4. _____

( ) Status Conference    ( ) P/T Conference    (✓) Case Management Conference (Initial)

**ORDERED AFTER HEARING:**

Dispositive motion filing deadline is 10/17/08. Meet & confer by 12/1/08. Joint statement due by 10/31/08.

(✓) ORDER TO BE PREPARED BY: Plntf___ Deft___ Court ✓

(✓) Referred to Magistrate For: Settlement Conference before Mag. Chen
   (✓) By Court   To be held in late October/early November
(✓) CASE CONTINUED TO 11/7/08 @ 10:30 for Further Status Conference

Discovery Cut-Off 8/8/08     Expert Discovery Cut-Off 10/3/08
π/Δ to Name Experts by 8/29/08     π/Δ Rebuttal to Name Experts by 9/12/08

P/T Conference Date 1/6/09 @ 3:00   Trial Date 1/20/09 @ 9:00   Set for 1-3 days
Type of Trial: (✓) Jury   ( ) Court   (Tuesdays)

Notes: Deadline for initial disclosures is 4/4/08. Case previously referred to ADR Dept for mediation.

cc: Wings; Betty (15 min)