JOHN B. SULLIVAN (State Bar No. 96742)
REGINA J. McCLENDON (State Bar No. 184669)
rjm@severson.com
ERIK KEMP (State Bar No. 246196)
ek@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
EMC MORTGAGE CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAE DONG JUN, AKIHITO TAKAMURA, and LEO TAKAMURA, <br><br>Plaintiffs, <br><br>vs. <br><br>EMC MORTGAGE COMPANY, and DOES 1-10, <br><br>Defendants. | ~~Case No.:~~ 07-cv-06281 MMC <br><br> [~~PROPOSED~~] ORDER GRANTING EMC'S REQUEST TO BE EXCUSED FROM PERSONAL ATTENDANCE AT MEDIATION |

Upon the request of defendant EMC Mortgage Corporation, and good cause appearing,

IT IS HEREBY ORDERED that EMC Mortgage Corporation's request to be excused from personal attendance at the mediation is granted on the condition that a personal representative of EMC be available to participate by telephone throughout the entirety of the mediation.

IT IS SO ORDERED.

Dated: 5-14-08

_____
Hon. Wayne D. Brazil