1  JOHN B. SULLIVAN (State Bar No. 96742)
   REGINA J. McCLENDON (State Bar No. 184669)
2  rjm@severson.com
   ERIK KEMP (State Bar No. 246196)
3  ek@severson.com
   SEVERSON & WERSON
4  A Professional Corporation
   One Embarcadero Center, Suite 2600
5  San Francisco, CA  94111
   Telephone:  (415) 398-3344
6  Facsimile:  (415) 956-0439

7  Attorneys for Defendant
   EMC MORTGAGE CORPORATION
8

9                UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11

12 | JAE DONG JUN, AKIHITO TAKAMURA, and | Case No.: 07-cv-06281 MMC
   | LEO TAKAMURA,
13 |
   |          Plaintiffs,                | **EMC MORTGAGE CORPORATION'S**
14 |                                     | **AMENDED CERTIFICATION OF**
   |     vs.                             | **INTERESTED ENTITIES**
15 |
   | EMC MORTGAGE COMPANY, and DOES 1-10,
16 |
   |          Defendants.
17

18

19     Defendant EMC Mortgage Corporation (incorrectly sued herein as EMC Mortgage

20  Company) hereby submits the following amended certification of interested entities:

21     Pursuant to Civil Local Rule 3-16, defendant EMC Mortgage Corporation certifies that the

22  following listed persons, associations of persons, firms, partnerships, corporations (including parent

23  corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a

24  / / / / /

25  / / / / /

26  / / / / /

27  / / / / /

28  / / / / /

---

11474/0087/674202.1                        EMC's Amended Certification of Interested Entities
                                                             Case No. CV 07 06281 MMC

1  party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that
2  could be substantially affected by the outcome of the proceeding:
3      The Bear Stearns Companies, Inc. and JPMorgan Chase & Co.

5  DATED: June 10, 2008            SEVERSON & WERSON
                                    A Professional Corporation

7                                     By:      /s/    Erik Kemp
                                                Erik Kemp

                                   Attorneys for Defendant
9                                     EMC MORTGAGE CORPORATION, sued
                                   incorrectly herein as EMC Mortgage Company