JOHN B. SULLIVAN (State Bar No. 96742)
REGINA J. McCLENDON (State Bar No. 184669)
rjm@severson.com
ERIK KEMP (State Bar No. 246196)
ek@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA  94111
Telephone:  (415) 398-3344
Facsimile:  (415) 956-0439

Attorneys for Defendant
EMC MORTGAGE CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAE DONG JUN, AKIHITO TAKAMURA, and LEO TAKAMURA,<br><br>         Plaintiffs,<br><br>    vs.<br><br>EMC MORTGAGE COMPANY, and DOES 1-10,<br><br>         Defendants. | Case No.:  07-cv-06281 MMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE MEDIATION** |

WHEREAS, this Court ordered plaintiffs Jae Dong Jun, Akihito Takamura, and Leo Takamura, and defendant EMC Mortgage Corporation to mediate this case by June 19, 2008;

WHEREAS, the parties agreed to schedule the mediation on May 28, 2008 before the court-appointed mediator, Robert F. Epstein, Esq.

WHEREAS, plaintiffs' counsel later advised EMC's counsel and Mr. Epstein that he would be unavailable on May 28, 2008 because of unanticipated calendar conflicts, and that he would seek a continuance of the deadline to complete mediation;

WHEREAS, EMC agreed not to oppose any continuance of the mediation;

WHEREAS, Mr. Epstein advised that he had a trial scheduled in early June 2008;

- 1 -

WHEREAS, the parties are working to schedule a new mediation date in July or August 2008 that would be convenient for them, their counsel, and Mr. Epstein;

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, that the deadline to complete mediation is continued for 90 days.

IT IS SO STIPULATED.

DATED: June 17, 2008              SEVERSON & WERSON
                                  A Professional Corporation


                                  By:      /s/  *Erik Kemp*
                                                Erik Kemp

                                  Attorneys for Defendant
                                  EMC MORTGAGE CORPORATION, sued
                                  incorrectly herein as EMC Mortgage Company


DATED: June 17, 2008


                                  By:      /s/  *Marc Voisenat*
                                                Marc Voisenat

                                  Attorneys for Plaintiffs
                                  JAE DONG JUN, AKIHITO TAKAMURA, and
                                  LEO TAKAMURA

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

- 2 -

11474/0087/676053.1                    STIPULATION TO CONTINUE MEDIATION
                                       Case No. CV 07 06281 EMC.