UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAE DONG JUN, AKIHITO TAKAMURA, and LEO TAKAMURA,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>EMC MORTGAGE COMPANY, and DOES 1-10,<br><br>　　　　Defendants. | Case No.: 07-cv-06281 MMC<br><br>**ORDER TO CONTINUE MEDIATION** |

Pursuant to the stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED that the deadline for the parties to complete mediation is continued from June 19, 2008 to _____.

IT IS SO ORDERED.

Dated: _____, 2008

　　　　　　　　　　　　　　　　　　　The Hon. Maxine M. Chesney
　　　　　　　　　　　　　　　　　　　United States District Court Judge

---

11474/0087/676153.1

ORDER TO CONTINUE MEDIATION
Case No. CV 07 06281 MMC