<u>CERTIFICATE OF SERVICE</u>

1

2    I, the undersigned, declare that I am over the age of 18 and am not a party to this action.  I am employed in the City of San Francisco, California; my business address is Severson & Werson,

3    One Embarcadero Center, Suite 2600, San Francisco, CA  94111.

4    On the date below I served a copy, with all exhibits, of the following document(s):

5    **STIPULATION AND [PROPOSED] ORDER TO CONTINUE MEDIATION**

6    on all interested parties in said case addressed as follows:

7    **Served Electronically via Court's**          **Served via e-mail**
     **CM/ECF System**

8                                                  Claudia M. Forehand
     Marc Voisenat                                 US District court – NDCA
9    Attorney at Law                               Telephone:  (415) 522-2059
     1330 Broadway, Suite 1035                     Facsimile:  (415) 522-4112
10   Oakland, CA 94612                             E-mail:  claudia_forehand@cand.uscourts.gov
     Telephone:  (510) 272-9710                    ***ADR Case Administrator***
11   Facsimile:  (510) 272-9158
     ***Attorneys for Plaintiffs***

12

13   ☑ **(BY ELECTRONIC SERVICE)**  Pursuant to CM/ECF System, registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities.  The Court's

14   CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record listed above who are registered with the Court's EMC/ECF system.

15   ☒ **(BY ELECTRONIC TRANSMISSION)**  By sending a file of the above document(s) via electronic transmission (e-mail) using e-mail address (ano@severson.com) to the e-mail address

16   designated for each party identified above.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

17

18   I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.  This declaration is executed in San Francisco,

19   California, on June 18, 2008

20

21   _____
     Anne Ogonowski

22

23

24

25

26

27

28

11474/0087/661876.1                                      CERTIFICATE OF SERVICE
                                                         Case No. CV 07 06281 EMC.