UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAE DONG JUN, AKIHITO TAKAMURA, and LEO TAKAMURA,<br><br>Plaintiffs,<br><br>vs.<br><br>EMC MORTGAGE COMPANY, and DOES 1-10,<br><br>Defendants. | Case No.: 07-cv-06281 MMC<br><br>**ORDER TO CONTINUE MEDIATION DEADLINE** |

Pursuant to the stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED that the deadline for the parties to complete mediation is continued from June 19, 2008 to September 17, 2008.

IT IS SO ORDERED.

Dated: _____June 19_____, 2008        _____
The Hon. Maxine M. Chesney
United States District Court Judge