EXHIBIT C

2007-043100

01:08pm 03/21/07 TD Fee: 13.00
Count of pages 3 SB
Recorded in Official Records
County of San Mateo
Warren Slocum
Assessor-County Clerk-Recorder

*2007 0043100 AR*

WHEN RECORDED MAIL TO:

DANIEL ROSENBLEDT
#10 SANTA GINA CT.
HILLSBOROUGH CA 94010

TRA #   10-034
Trust No. 1080099-02
Loan No. XXXXXX5137

MAIL TAX STATEMENT TO:

Same as above

Space Above This Line For Recorder

Documentary Transfer Tax $542.30
X Grantee was/was not the foreclosing beneficiary.
consideration $492,700.00
unpaid debt $394,805.85
non exempt amount $
__Computed on the consideration or value of property conveyed.
__Computed on the consideration of value less liens or encumbrances remaining at time of sale.

Signature of Declarant or Agent
AP# 017-411-180-7

## TRUSTEE'S DEED UPON SALE

CAL-WESTERN RECONVEYANCE CORPORATION (herein called trustee)
does hereby grant and convey, but without covenant or warranty, express or implied to
DANIEL J ROSENBLEDT, TRUSTEE OF THE ROSENBLEDT PIE TRUST
DATED MARCH 15, 2000 OR NOMINEE

(herein called Grantee) the real property in the county of SAN MATEO, State of California described as follows:
LOT 29 IN BLOCK 16 AS SHOWN ON THAT CERTAIN MAP ENTITLED, "PACIFIC HEIGHTS NO. 8, CITY OF SAN BRUNO, SAN MATEO COUNTY, CALIFORNIA", MORE COMPLETELY DESCRIBED IN ATTACHED EXHIBIT A.
The street address and other common designation, if any, of the real property described above is purported to be:
151 GOODWIN DRIVE
SAN BRUNO CA 94066

This conveyance is made pursuant to the authority and powers vested in said Trustee, as Trustee, or Successor Trustee, or Substituted Trustee, under that certain Deed of Trust executed by
JAE DONG JUN, AN UNMARRIED WOMAN, AKIHITO TAKAMURA, AN
UNMARRIED MAN AND LEO TAKAMURA, A SINGLE MAN, AS JOINT TENANTS
as Trustor, recorded **August 28, 2003**, as Document No. 2003-246003, in Book XX, page XX, of Official Records in the Office of the Recorder of SAN MATEO County, California; and pursuant to the Notice of Default recorded **December 21, 2005**, as Document No. 05-222414 in Book XX, page XX of Official Records of said County, Trustee having complied with all applicable statutory requirements of the State of California and performed all duties required by said Deed of Trust, including, among other things, as applicable, the mailing of copies of notices or the publication of a copy of the notice of default or the personal delivery of the copy of the notice of default or the posting of copies of the notice of sale or the publication of a copy thereof.

TDUSCA.DOC                          Page 1 of 2                          Rev. 01-12-2006

EMC/JDJ 00646

TRA # 10-034
Trust No. 1080099-02
Loan No. XXXXXX5137

At the place fixed in the Notice of Trustee's Sale, said Trustee did sell said property above described at public auction on March 07, 2007 to said Grantee, being the highest bidder therefore, for $492,700.00 cash, lawful money of the United States, in satisfaction pro tanto of the indebtedness then secured by said Deed of Trust.

CAL-WESTERN RECONVEYANCE CORPORATION

Dated: March 07, 2007

_____
Yvonne J. Wheeler, A.V.P.

STATE OF CALIFORNIA   }
                      } ss:
COUNTY OF SAN DIEGO   }

On **MAR 1 9 2007** before me, _____**A. Leyva**_____,
a Notary Public ~~in and for said state~~, personally appeared

Yvonne J. Wheeler, A.V.P.

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Signature_____

[Notary Seal:
A. LEYVA
COMM. # 1682895
NOTARY PUBLIC-CALIFORNIA
SAN DIEGO COUNTY
My Comm. Exp. July 21, 2010]

(this area for official notary seal)

REF. NO. 1080099-02

LOT 29 IN BLOCK 16 AS SHOWN ON THAT CERTAIN MAP ENTITLED "PACIFIC HEIGHTS NO. 8, CITY OF SAN BRUNO, SAN MATEO COUNTY, CALIFORNIA", FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN MATEO COUNTY, STATE OF CALIFORNIA ON MAY 14, 1962 IN BOOK 56 OF MAPS AT PAGE 19 AND 20.

EMC/JDJ 00648