

EXHIBIT D



**CAL-WESTERN RECONVEYANCE CORPORATION**

June 13, 2007                                                      Overnight mail, this date

Leo Takamura
C/o 1355 Broadway
Burlingame, CA 94010

Re:    Jun, Takamura and Takamura
       151 Goodwin Drive, San Bruno, CA
       TS No. 1080099-55

Dear Mr. Takamura:

As discussed in our telephone conversation of this afternoon, I have enclosed our check in the amount of $66,320.49, and an itemization of the surplus funds disbursement.

Please give me a call if you have questions or concerns.

Best regards,

Wendy V. Perry
Trustee Sale Manager

525 East Main Street, El Cajon, California 92020 * P.O. box 22004, El Cajon, California 92022-9004
TEL: (619) 590-9200 * FAX: (619) 590-9299 * Website: www.cwrc.com

EMC/JDJ 00635

DISBURSEMENT OF SURPLUS FUNDS

June 14, 2007

T.S. No. : 1080099-55
Sale Date: March 7, 2007

Property Address: 151 GOODWIN DRIVE
                  SAN BRUNO   CA   94066

| | |
|---|---:|
| Sale Amount | 492,700.00 |
| Unpaid Debt | 398,017.49 |
| Surplus Funds | 94,682.51 |

DISBURSEMENT

| | |
|---|---:|
| CAL-WESTERN RECONVEYAN | 184.56 |
| INTERNAL REVENUE SERVI | 28,177.46 |
| JAE DONG JUN AND AKIHI | 66,320.49 |

Surplus Funds Remaining

Approved By: _____    Date: _____

SFDISB

EMC/JDJ 00636