# EXHIBIT C

EMC MORTGAGE CORPORATION
P.O. BOX 293150
LEWISVILLE, TX 75029-3150


CUSTOMER ACCOUNT ACTIVITY STATEMENT          DATE 11/21/07
REQ BY MB5                                                  PAGE   1


JAE DONG JUN
AKIHITO TAKAMURA
151 GOODWIN DR
SAN BRUNO          CA 94066


LOAN NUMBER: 0009305137
*******************************************************************************
----------------------- CURRENT ACCOUNT INFORMATION -----------------------

| DATE PAYMENT DUE | TOTAL PAYMENT AMOUNT | PRINCIPAL & INTEREST PAYMENT | LOAN INTEREST RATE | CURRENT PRINCIPAL BALANCE | ESCROW BALANCE |
|---|---|---|---|---|---|
| 08-01-06 | 3,515.27 | 0.00 | 10.50000 | 0.00 | 0.00 |

*******************************************************************************
                    ACTIVITY FOR PERIOD 01/01/70 - 11/20/07

| PROCESS DATE | DUE DATE | TRANSACTION CODE | TRANSACTION DESCRIPTION | | EFFECTIVE DATE OF TRANSACTION |
|---|---|---|---|---|---|
| TRANSACTION AMOUNT | PRIN. PAID/ BALANCE | INTEREST | ESCROW PAID/ BALANCE | AMOUNT | -----------OTHER------------- CODE/DESCRIPTION |

| PROCESS | DUE | CODE | DESC | TX AMT | PRIN BAL | INT | ESCROW BAL | OTHER AMT | OTHER CODE/DESC |
|---|---|---|---|---|---|---|---|---|---|
| 05-31-07 | 00-00 | 766 | MISC. REPAYMENT | | | | | | |
| | | | 120.50 | 0.00 | 0.00 | 0.00 | | |
| 05-31-07 | 00-00 | 766 | MISC. REPAYMENT | | | | | | |
| | | | 7.95 | 0.00 | 0.00 | 0.00 | | |
| 04-24-07 | 00-00 | 631 | PROPERTY PRESERVATION | | | | | | |
| | | | 7.95 | 0.00 | 0.00 | 0.00 | | |
| 03-21-07 | 08-06 | 168 | REPAY OF ESCROW ADVANCE | | | | | | |
| | | | 0.00 | 0.00 | 0.00 | 422.85- | 422.85 | |
| 03-21-07 | 08-06 | 170 | INITIAL DEPOSIT | | | | | | |
| | | | 422.85 | 0.00 | 0.00 | 422.85 | | |
| | | | | | | 0.00 | | NEW PRINCIPAL/ESCROW BALANCES |
| 03-21-07 | 00-00 | 766 | MISC. REPAYMENT | | | | | | |
| | | | 852.75 | 0.00 | 0.00 | 0.00 | | |
| 03-21-07 | 08-06 | 143 | ADJUSTMENT | | | | | | |
| | | | 0.00 | 361,163.61 | 0.00 | 0.00 | | |
| | | | | | | 0.00 | | NEW PRINCIPAL/ESCROW BALANCES |
| 03-21-07 | 08-06 | 132 | LATE CHARGE ADJUSTMENT | | | | | | |
| | | | 0.00 | 0.00 | 0.00 | 0.00 | 1,434.21 | 1 LATE CHARGE |
| 03-15-07 | 08-06 | 168 | REPAY OF ESCROW ADVANCE | | | | | | |
| | | | 0.00 | 0.00 | 0.00 | 209.22- | 209.22 | |
| 03-15-07 | 08-06 | 173 | PAYMENT | | | | | | |
| | | | 0.00 | 0.00 | 0.00 | 209.22 | 209.22- | |
| | | | | | | 422.85- | | NEW PRINCIPAL/ESCROW BALANCES |

EMC MORTGAGE CORPORATION
P.O. BOX 293150
LEWISVILLE, TX 75029-3150

EMC/JDJ 00605

```
                    CUSTOMER ACCOUNT ACTIVITY STATEMENT              DATE 11/21/07
REQ BY MB5                                                              PAGE   2


JAE DONG JUN
LOAN NUMBER: 0009305137

                    ACTIVITY FOR PERIOD 01/01/70 - 11/20/07
PROCESS    DUE    TRANSACTION        TRANSACTION              EFFECTIVE DATE
DATE       DATE   CODE               DESCRIPTION              OF TRANSACTION
---------------------------------------------------------------------------
   TRANSACTION   PRIN. PAID/          ESCROW PAID/ -----------OTHER------------
     AMOUNT       BALANCE    INTEREST   BALANCE   AMOUNT  CODE/DESCRIPTION
---------------------------------------------------------------------------
03-15-07  00-00  631   PROPERTY PRESERVATION
     7.95          0.00      0.00      0.00
03-12-07  00-00  632   STATUTORY EXPENSES
     7.00          0.00      0.00      0.00
03-12-07  00-00  632   STATUTORY EXPENSES
     3.00          0.00      0.00      0.00
12-05-06  07-06  168   REPAY OF ESCROW ADVANCE
     0.00          0.00      0.00    159.01-    159.01
12-05-06  07-06  173   PAYMENT                                       12-04-06
     0.00        194.38   3,161.88   159.01
               361,163.61             632.07-  NEW PRINCIPAL/ESCROW BALANCES
12-05-06  06-06  168   REPAY OF ESCROW ADVANCE
     0.00          0.00      0.00    159.01-    159.01
12-05-06  06-06  173   PAYMENT                                       12-04-06
     0.00        192.69   3,163.57   159.01   7,030.54-
               361,357.99             791.08-  NEW PRINCIPAL/ESCROW BALANCES
12-04-06  06-06  173   PAYMENT
  3,800.14         0.00      0.00      0.00   3,800.14
11-13-06  06-06  161   ESCROW ADVANCE
   950.09          0.00      0.00    950.09
11-13-06  00-00  631   PROPERTY PRESERVATION
   100.00          0.00      0.00      0.00
11-10-06  11-06  312   COUNTY TAXES PAID
   958.23-         0.00      0.00    958.23-
                                     950.09-  NEW PRINCIPAL/ESCROW BALANCES
10-30-06  06-06  173   PAYMENT
     0.00          0.00      0.00      0.00
10-30-06  05-06  168   REPAY OF ESCROW ADVANCE
     0.00          0.00      0.00    150.87-    150.87
10-30-06  05-06  173   PAYMENT                                       10-27-06
     0.00        191.02   3,165.24   159.01   3,515.27-
               361,550.68               8.14  NEW PRINCIPAL/ESCROW BALANCES
10-27-06  05-06  173   PAYMENT
  3,800.14         0.00      0.00      0.00   3,800.14
```

EMC/JDJ 00606

```
                        EMC MORTGAGE CORPORATION
                        P.O. BOX 293150
                        LEWISVILLE, TX 75029-3150


                  CUSTOMER ACCOUNT ACTIVITY STATEMENT          DATE 11/21/07
REQ BY MB5                                                     PAGE   3


JAE DONG JUN
LOAN NUMBER: 0009305137

                  ACTIVITY FOR PERIOD 01/01/70 - 11/20/07
PROCESS    DUE    TRANSACTION              TRANSACTION
DATE       DATE   CODE                     DESCRIPTION            EFFECTIVE DATE
                                                                 OF TRANSACTION
-----------------------------------------------------------------------------
   TRANSACTION  PRIN. PAID/        ESCROW PAID/ ------------OTHER-------------
    AMOUNT       BALANCE   INTEREST   BALANCE    AMOUNT  CODE/DESCRIPTION
-----------------------------------------------------------------------------
10-25-06  05-06  161  ESCROW ADVANCE
    150.87         0.00      0.00     150.87
10-24-06  11-06  351  H/O INS PREMIUM
  1,067.36-        0.00      0.00    1067.36-
                                      150.87-  NEW PRINCIPAL/ESCROW BALANCES
10-18-06  00-00  632  STATUTORY EXPENSES
    400.00         0.00      0.00       0.00
10-18-06  00-00  632  STATUTORY EXPENSES
    120.00         0.00      0.00       0.00
10-18-06  00-00  632  STATUTORY EXPENSES
     40.76         0.00      0.00       0.00
10-18-06  00-00  632  STATUTORY EXPENSES
     13.00         0.00      0.00       0.00
10-18-06  00-00  632  STATUTORY EXPENSES
     10.00         0.00      0.00       0.00
10-18-06  00-00  631  PROPERTY PRESERVATION
      8.15         0.00      0.00       0.00
09-25-06  05-06  173  PAYMENT
      0.00         0.00      0.00       0.00
09-25-06  04-06  173  PAYMENT                                       09-21-06
      0.00       189.36   3,166.90    159.01   3,515.27-
               361,741.70            916.49    NEW PRINCIPAL/ESCROW BALANCES
09-22-06  04-06  173  PAYMENT                                       09-21-06
  6,000.00         0.00      0.00       0.00   6,000.00
07-14-06  04-06  493  ARM LOAN ADJUSTMENT
   NEW INTEREST RATE:  0.10500      NEW PRIN & INT PAYMENT:    3,356.26
07-14-06  03-06  173  PAYMENT
      0.00       250.11   2,716.36    384.26
               361,931.06            757.48    NEW PRINCIPAL/ESCROW BALANCES
07-14-06  02-06  168  REPAY OF ESCROW ADVANCE
      0.00         0.00      0.00      11.04-     11.04
07-14-06  02-06  173  PAYMENT
  5,049.85       248.25   2,718.22    384.26   1,651.61-
               362,181.17            373.22    NEW PRINCIPAL/ESCROW BALANCES


                  EMC MORTGAGE CORPORATION
                  P.O. BOX 293150
                  LEWISVILLE, TX 75029-3150
```

EMC/JDJ 00607

```
                    CUSTOMER ACCOUNT ACTIVITY STATEMENT          DATE 11/21/07
REQ BY MB5                                                       PAGE   4


JAE DONG JUN
LOAN NUMBER: 0009305137


                    ACTIVITY FOR PERIOD 01/01/70 - 11/20/07
PROCESS    DUE     TRANSACTION           TRANSACTION              EFFECTIVE DATE
DATE       DATE    CODE                  DESCRIPTION              OF TRANSACTION
------------------------------------------------------------------------------
  TRANSACTION   PRIN. PAID/          ESCROW PAID/ ------------OTHER------------
   AMOUNT        BALANCE    INTEREST   BALANCE    AMOUNT  CODE/DESCRIPTION
------------------------------------------------------------------------------
06-13-06  02-06  173  PAYMENT
      0.00        0.00       0.00       0.00
06-13-06  01-06  168  REPAY OF ESCROW ADVANCE
      0.00        0.00       0.00     384.26-     384.26
06-13-06  01-06  173  PAYMENT                                       06-12-06
      0.00      246.40    2,720.07    384.26   3,350.73-
              362,429.42                11.04-  NEW PRINCIPAL/ESCROW BALANCES
06-12-06  01-06  173  PAYMENT
  5,049.85        0.00       0.00       0.00   5,049.85
05-05-06  12-05  168  REPAY OF ESCROW ADVANCE
      0.00        0.00       0.00     384.26-     384.26
05-05-06  12-05  173  PAYMENT                                       05-04-06
      0.00      244.57    2,721.90    384.26
              362,675.82              395.30-  NEW PRINCIPAL/ESCROW BALANCES
05-05-06  11-05  168  REPAY OF ESCROW ADVANCE
      0.00        0.00       0.00     384.26-     384.26
05-05-06  11-05  173  PAYMENT                                       05-04-06
      0.00      242.75    2,723.72    384.26   6,701.46-
              362,920.39              779.56-  NEW PRINCIPAL/ESCROW BALANCES
05-04-06  11-05  173  PAYMENT
  5,049.85        0.00       0.00       0.00   5,049.85
04-12-06  11-05  173  PAYMENT
      0.00        0.00       0.00       0.00
04-12-06  10-05  168  REPAY OF ESCROW ADVANCE
      0.00        0.00       0.00     384.26-     384.26
04-12-06  10-05  173  PAYMENT                                       04-11-06
      0.00      240.94    2,725.53    384.26   3,350.73-
              363,163.14             1163.82-  NEW PRINCIPAL/ESCROW BALANCES
04-11-06  10-05  173  PAYMENT
  2,500.00        0.00       0.00       0.00   2,500.00
04-05-06  10-05  173  PAYMENT                                       04-04-06
  2,549.85        0.00       0.00       0.00   2,549.85
03-16-06  10-05  173  PAYMENT
      0.00        0.00       0.00       0.00
```

EMC/JDJ 00608

```
                        EMC MORTGAGE CORPORATION
                        P.O. BOX 293150
                        LEWISVILLE, TX 75029-3150


                   CUSTOMER ACCOUNT ACTIVITY STATEMENT              DATE 11/21/07
REQ BY MB5                                                          PAGE    5


JAE DONG JUN
LOAN NUMBER: 0009305137


                        ACTIVITY FOR PERIOD 01/01/70 - 11/20/07
PROCESS    DUE     TRANSACTION
DATE       DATE    CODE              TRANSACTION                   EFFECTIVE DATE
                                     DESCRIPTION                   OF TRANSACTION
-----------------------------------------------------------------------------------
  TRANSACTION    PRIN. PAID/          ESCROW PAID/ -----------OTHER------------
    AMOUNT        BALANCE    INTEREST   BALANCE    AMOUNT  CODE/DESCRIPTION
-----------------------------------------------------------------------------------
03-16-06  10-05  493  ARM LOAN ADJUSTMENT
   NEW INTEREST RATE:  0.09000          NEW PRIN & INT PAYMENT:    2,966.47
03-16-06  09-05  168  REPAY OF ESCROW ADVANCE
      0.00        0.00       0.00       384.26-    384.26
03-16-06  09-05  173  PAYMENT
      0.00       317.33   2,273.26      384.26   2,974.85-           03-15-06
             363,404.08              1548.08-   NEW PRINCIPAL/ESCROW BALANCES
03-15-06  09-05  173  PAYMENT
   3,549.85       0.00       0.00        0.00    3,549.85
03-14-06  09-05  161  ESCROW ADVANCE
     931.56       0.00       0.00      931.56
03-13-06  03-06  312  COUNTY TAXES PAID
     931.56-      0.00       0.00      931.56-
                                      1932.34-   NEW PRINCIPAL/ESCROW BALANCES
03-03-06  00-00  766  MISC. REPAYMENT
   1,500.00       0.00       0.00        0.00
03-03-06  09-05  147  MAINTENANCE REVERSAL
      0.00        0.00       0.00        0.00    1,500.00-
03-02-06  09-05  173  PAYMENT
   1,500.00       0.00       0.00        0.00    1,500.00
03-01-06  00-00  631  PROPERTY PRESERVATION
     100.00       0.00       0.00        0.00
02-27-06  00-00  631  PROPERTY PRESERVATION
       8.15       0.00       0.00        0.00
02-17-06  00-00  632  STATUTORY EXPENSES
     854.75       0.00       0.00        0.00
02-17-06  00-00  632  STATUTORY EXPENSES
      44.84       0.00       0.00        0.00
02-17-06  00-00  632  STATUTORY EXPENSES
      10.00       0.00       0.00        0.00
02-17-06  00-00  632  STATUTORY EXPENSES
      10.00       0.00       0.00        0.00
02-17-06  00-00  632  STATUTORY EXPENSES
       7.00       0.00       0.00        0.00


                        EMC MORTGAGE CORPORATION
                        P.O. BOX 293150
                        LEWISVILLE, TX 75029-3150
```

EMC/JDJ 00609

```
                        CUSTOMER ACCOUNT ACTIVITY STATEMENT              DATE 11/21/07
REQ BY MB5                                                               PAGE   6


JAE DONG JUN
LOAN NUMBER: 0009305137


                        ACTIVITY FOR PERIOD 01/01/70 - 11/20/07
PROCESS     DUE     TRANSACTION          TRANSACTION                      EFFECTIVE DATE
DATE        DATE    CODE                 DESCRIPTION                      OF TRANSACTION
-----------------------------------------------------------------------------------------
   TRANSACTION   PRIN. PAID/         ESCROW PAID/ -----------OTHER-------------
    AMOUNT        BALANCE    INTEREST    BALANCE    AMOUNT   CODE/DESCRIPTION
-----------------------------------------------------------------------------------------
02-17-06  00-00   630  ATTORNEY ADVANCES
      600.00         0.00        0.00      0.00
02-03-06  00-00   631  PROPERTY PRESERVATION
        8.15         0.00        0.00      0.00
02-02-06  09-05   168  REPAY OF ESCROW ADVANCE
        0.00         0.00        0.00   1445.95-  1,445.95
02-02-06  09-05   173  PAYMENT
        0.00         0.00        0.00   1445.95   1,445.95-
                                               1000.78-  NEW PRINCIPAL/ESCROW BALANCES
02-02-06  08-05   168  REPAY OF ESCROW ADVANCE
        0.00         0.00        0.00    384.26-   384.26
02-02-06  08-05   173  PAYMENT                                            02-01-06
        0.00       315.36    2,275.23    384.26
                363,721.41             2446.73-  NEW PRINCIPAL/ESCROW BALANCES
02-02-06  07-05   168  REPAY OF ESCROW ADVANCE
        0.00         0.00        0.00    384.26-   384.26
02-02-06  07-05   173  PAYMENT                                            02-01-06
        0.00       313.40    2,277.19    384.26   5,949.70-
                364,036.77             2830.99-  NEW PRINCIPAL/ESCROW BALANCES
02-02-06  00-00   766  MISC. REPAYMENT
      363.70         0.00        0.00      0.00
02-02-06  07-05   147  MAINTENANCE REVERSAL
        0.00         0.00        0.00      0.00    363.70-
02-01-06  07-05   173  PAYMENT                                            01-26-06
     6,000.00        0.00        0.00      0.00   6,000.00
01-24-06  07-05   161  ESCROW ADVANCE
     3,215.25        0.00        0.00   3215.25
01-23-06  01-06   328  MISC. ASSESSMENT
      694.64-        0.00        0.00    694.64-
                                               3215.25-  NEW PRINCIPAL/ESCROW BALANCES
01-23-06  01-06   328  MISC. ASSESSMENT
       93.15-        0.00        0.00     93.15-
                                               2520.61-  NEW PRINCIPAL/ESCROW BALANCES
01-23-06  03-04   312  COUNTY TAXES PAID
     1,778.32-       0.00        0.00   1778.32-
                                               2427.46-  NEW PRINCIPAL/ESCROW BALANCES
```

EMC/JDJ 00610

```
                    EMC MORTGAGE CORPORATION
                    P.O. BOX 293150
                    LEWISVILLE, TX 75029-3150



                CUSTOMER ACCOUNT ACTIVITY STATEMENT        DATE 11/21/07
REQ BY MB5                                                      PAGE   7


JAE DONG JUN
LOAN NUMBER: 0009305137

                 ACTIVITY FOR PERIOD 01/01/70 - 11/20/07
PROCESS    DUE    TRANSACTION          TRANSACTION          EFFECTIVE DATE
 DATE      DATE   CODE                 DESCRIPTION          OF TRANSACTION
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
  TRANSACTION  PRIN. PAID/      ESCROW PAID/ -----------OTHER-------------
   AMOUNT      BALANCE    INTEREST  BALANCE   AMOUNT  CODE/DESCRIPTION
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
01-23-06  11-05  312  COUNTY TAXES PAID
     931.56-        0.00       0.00     931.56-
                                        649.14-  NEW PRINCIPAL/ESCROW BALANCES
01-04-06  00-00  631  PROPERTY PRESERVATION
       8.15         0.00       0.00       0.00
12-05-05  00-00  631  PROPERTY PRESERVATION
       9.15         0.00       0.00       0.00
11-16-05  07-05  168  REPAY OF ESCROW ADVANCE
       0.00         0.00       0.00    1625.58-  1,625.58
11-16-05  07-05  163  PROPERTY INS REFUND
   1,908.00         0.00       0.00    1908.00
                                        282.42   NEW PRINCIPAL/ESCROW BALANCES
11-15-05  07-05  168  REPAY OF ESCROW ADVANCE
       0.00         0.00       0.00    1606.00-  1,606.00
11-15-05  07-05  163  PROPERTY INS REFUND
   1,606.00         0.00       0.00    1606.00
                                       1625.58-  NEW PRINCIPAL/ESCROW BALANCES
10-20-05  00-00  631  PROPERTY PRESERVATION
       9.15         0.00       0.00       0.00
10-19-05  07-05  161  ESCROW ADVANCE
     952.58         0.00       0.00     952.58
10-18-05  11-05  351  H/O INS PREMIUM
     952.58-        0.00       0.00     952.58-
                                       3231.58-  NEW PRINCIPAL/ESCROW BALANCES
10-17-05  07-05  152  LATE CHARGE ASSESSMENT
       0.00         0.00       0.00              148.32-1 LATE CHARGE
09-28-05  00-00  631  PROPERTY PRESERVATION
       9.15         0.00       0.00       0.00
09-16-05  07-05  152  LATE CHARGE ASSESSMENT
       0.00         0.00       0.00       0.00   129.53-1 LATE CHARGE
09-15-05  07-05  161  ESCROW ADVANCE
   1,908.00         0.00       0.00    1908.00
09-14-05  09-05  351  H/O INS PREMIUM
   1,908.00-        0.00       0.00    1908.00-
                                       2279.00-  NEW PRINCIPAL/ESCROW BALANCES

                    EMC MORTGAGE CORPORATION
                    P.O. BOX 293150
                    LEWISVILLE, TX 75029-3150
```

CUSTOMER ACCOUNT ACTIVITY STATEMENT

REQ BY MB5

DATE 11/21/07
PAGE  8

JAE DONG JUN
LOAN NUMBER: 0009305137

ACTIVITY FOR PERIOD 01/01/70 - 11/20/07

| PROCESS DATE | DUE DATE | TRANSACTION CODE | TRANSACTION DESCRIPTION | | EFFECTIVE DATE OF TRANSACTION |
|---|---|---|---|---|---|
| TRANSACTION AMOUNT | PRIN. PAID/ BALANCE | INTEREST | ESCROW PAID/ BALANCE | AMOUNT | OTHER CODE/DESCRIPTION |
| 08-22-05 | 06-05 | 168 | REPAY OF ESCROW ADVANCE | | |
| 0.00 | 0.00 | 0.00 | 384.25- | 384.25 | |
| 08-22-05 | 06-05 | 172 | PAYMENT | | |
| 3,200.00 | 311.45 | 2,279.14 | 384.25 | 225.16 | |
| | 364,350.17 | | 371.00- | | NEW PRINCIPAL/ESCROW BALANCES |
| 08-17-05 | 00-00 | 631 | PROPERTY PRESERVATION | | |
| 9.15 | 0.00 | 0.00 | 0.00 | | |
| 08-16-05 | 06-05 | 152 | LATE CHARGE ASSESSMENT | | |
| 0.00 | 0.00 | 0.00 | 0.00 | 129.53-1 | LATE CHARGE |
| 08-02-05 | 00-00 | 631 | PROPERTY PRESERVATION | | |
| 100.00 | 0.00 | 0.00 | 0.00 | | |
| 07-20-05 | 05-05 | 168 | REPAY OF ESCROW ADVANCE | | |
| 0.00 | 0.00 | 0.00 | 384.25- | 384.25 | |
| 07-20-05 | 05-05 | 172 | PAYMENT | | |
| 3,200.00 | 309.52 | 2,281.07 | 384.25 | 225.16 | |
| | 364,661.62 | | 755.25- | | NEW PRINCIPAL/ESCROW BALANCES |
| 07-20-05 | 00-00 | 631 | PROPERTY PRESERVATION | | |
| 9.15 | 0.00 | 0.00 | 0.00 | | |
| 07-18-05 | 05-05 | 152 | LATE CHARGE ASSESSMENT | | |
| 0.00 | 0.00 | 0.00 | 0.00 | 129.53-1 | LATE CHARGE |
| 07-14-05 | 00-00 | 633 | MISC. F/C AND B/R EXPENSES | | |
| 10.25 | 0.00 | 0.00 | 0.00 | | |
| 06-21-05 | 00-00 | 631 | PROPERTY PRESERVATION | | |
| 9.15 | 0.00 | 0.00 | 0.00 | | |
| 06-16-05 | 05-05 | 152 | LATE CHARGE ASSESSMENT | | |
| 0.00 | 0.00 | 0.00 | 0.00 | 129.53-1 | LATE CHARGE |
| 06-07-05 | 00-00 | 631 | PROPERTY PRESERVATION | | |
| 9.15 | 0.00 | 0.00 | 0.00 | | |
| 05-24-05 | 04-05 | 168 | REPAY OF ESCROW ADVANCE | | |
| 0.00 | 0.00 | 0.00 | 384.25- | 384.25 | |
| 05-24-05 | 04-05 | 173 | PAYMENT | | |
| 3,200.00 | 307.60 | 2,282.99 | 384.25 | 225.16 | |
| | 364,971.14 | | 1139.50- | | NEW PRINCIPAL/ESCROW BALANCES |
| 05-16-05 | 04-05 | 152 | LATE CHARGE ASSESSMENT | | |
| 0.00 | 0.00 | 0.00 | 0.00 | 129.53-1 | LATE CHARGE |

**EMC/JDJ 00612**

```
                    EMC MORTGAGE CORPORATION
                    P.O. BOX 293150
                    LEWISVILLE, TX 75029-3150


                 CUSTOMER ACCOUNT ACTIVITY STATEMENT              DATE 11/21/07
REQ BY MB5                                                        PAGE    9


JAE DONG JUN
LOAN NUMBER: 0009305137

                  ACTIVITY FOR PERIOD 01/01/70 - 11/20/07
PROCESS   DUE     TRANSACTION            TRANSACTION             EFFECTIVE DATE
DATE      DATE    CODE                   DESCRIPTION             OF TRANSACTION
-----------------------------------------------------------------------------
   TRANSACTION  PRIN. PAID/        ESCROW PAID/ ------------OTHER------------
     AMOUNT       BALANCE    INTEREST   BALANCE    AMOUNT  CODE/DESCRIPTION
-----------------------------------------------------------------------------
05-04-05  00-00   631   PROPERTY PRESERVATION
        9.15         0.00       0.00       0.00
04-21-05  03-05   168   REPAY OF ESCROW ADVANCE
        0.00         0.00       0.00     384.25-     384.25
04-21-05  03-05   173   PAYMENT
     3,120.00      305.69   2,284.90     384.25     145.16
                365,278.74            1523.75-   NEW PRINCIPAL/ESCROW BALANCES
04-18-05  03-05   152   LATE CHARGE ASSESSMENT
        0.00         0.00       0.00       0.00     129.53-1 LATE CHARGE
04-04-05  00-00   631   PROPERTY PRESERVATION
        9.15         0.00       0.00       0.00
03-23-05  02-05   172   PAYMENT
     3,404.37      303.79   2,286.80       0.00     813.78
                365,584.43                      NEW PRINCIPAL/ESCROW BALANCES
03-16-05  02-05   152   LATE CHARGE ASSESSMENT
        0.00         0.00       0.00       0.00     129.53-1 LATE CHARGE
03-08-05  00-00   631   PROPERTY PRESERVATION
        9.15         0.00       0.00       0.00
02-10-05  01-05   171   PAYMENT
     2,720.12      301.90   2,288.69       0.00     129.53 1 LATE CHARGE
                365,888.22                      NEW PRINCIPAL/ESCROW BALANCES
01-26-05  00-00   631   PROPERTY PRESERVATION
        9.15         0.00       0.00       0.00
01-24-05  12-04   173   PAYMENT                                         01-21-05
        0.00      300.03   2,290.56       0.00   2,590.59-
                366,190.12                      NEW PRINCIPAL/ESCROW BALANCES
01-21-05  12-04   171   PAYMENT
     2,715.52         0.00       0.00       0.00   2,715.52
01-18-05  12-04   152   LATE CHARGE ASSESSMENT
        0.00         0.00       0.00       0.00     129.53-1 LATE CHARGE
12-29-04  12-04   173   PAYMENT
        0.00         0.00       0.00       0.00
12-29-04  12-04   173   PAYMENT
        0.00         0.00       0.00       0.00       9.41 1 LATE CHARGE
                                                     9.41-

                    EMC MORTGAGE CORPORATION
                    P.O. BOX 293150
                    LEWISVILLE, TX 75029-3150
```

EMC/JDJ 00613

```
                    CUSTOMER ACCOUNT ACTIVITY STATEMENT            DATE 11/21/07
REQ BY MB5                                                         PAGE  10


JAE DONG JUN
LOAN NUMBER: 0009305137

                    ACTIVITY FOR PERIOD 01/01/70 - 11/20/07
PROCESS     DUE     TRANSACTION        TRANSACTION                EFFECTIVE DATE
DATE        DATE    CODE               DESCRIPTION                OF TRANSACTION
-----------------------------------------------------------------------------
  TRANSACTION   PRIN. PAID/         ESCROW PAID/ -----------OTHER------------
   AMOUNT       BALANCE    INTEREST  BALANCE    AMOUNT  CODE/DESCRIPTION
-----------------------------------------------------------------------------
12-28-04  11-04  173  PAYMENT
   2,600.00      298.16   2,292.43     0.00       9.41
                366,490.15                        NEW PRINCIPAL/ESCROW BALANCES
12-21-04  00-00  631  PROPERTY PRESERVATION
       9.15       0.00       0.00      0.00
12-16-04  11-04  152  LATE CHARGE ASSESSMENT
       0.00       0.00       0.00      0.00     129.53-1 LATE CHARGE
11-18-04  11-04  161  ESCROW ADVANCE
   1,908.00       0.00       0.00   1908.00
11-17-04  09-04  351  H/O INS PREMIUM
   1,908.00-      0.00       0.00   1908.00-
                                    1908.00-  NEW PRINCIPAL/ESCROW BALANCES
11-09-04  10-04  172  PAYMENT
   2,590.59      296.31   2,294.28     0.00
                366,788.31                      NEW PRINCIPAL/ESCROW BALANCES
```

**EMC/JDJ 00614**