EXHIBIT F

```
LOAN= 0009305137    DATE=12-26 USER=R6C KEY=CO211 VERS=023 TITLE=Forbearance Broken 5 day Ltr   1c FORM=LTRH PRINTER=EI6W SECURITY=1
LINES-PER-PAGE=NO CONDITIONS=2
CO211/R6C
```

December 26, 2006

CO2110009305137
Jae Dong Jun
Akihito Takamura
151 Goodwin Dr
San Bruno, CA 94066

RE: Loan Number 0009305137
Property Address : 151 Goodwin Dr
San Bruno CA 94066

Dear Jae Dong Jun and Akihito Takamura :

Please be advised that we have not received your 12/22/06 forbearance payment(s) in the amount of $3800.14. If these funds are not received by EMC Mortgage Corporation (EMC) within five (5) days from the date of this letter, the forbearance plan will be considered breached and the foreclosure process will continue.

If you have any questions, please contact our Loss Mitigation Department at 1-888-577-4011, Monday through Thursday between the hours of 7:30am and 8:00pm and Friday 7:30am to 7:00pm Central Standard Time.

Sincerely,

Loss Mitigation Department

NOTICE: EMC is attempting to collect a debt and any information obtained will be used for that purpose.debt and any information

EMC/JDJ 00001