# EXHIBIT G

```
LOAN= 0009305137    DATE=01-11 USER=R6C KEY=CO345 VERS=008 TITLE=RPP CANCEL LETTER      1c FORM=LTRH PRINTER=EI6W SECURITY=1
LINES-PER-PAGE=NO CONDITIONS=2
CO345/R6C
```

January 11, 2007

C03450009305137
Jae Dong Jun
Akihito Takamura
151 Goodwin Dr
San Bruno, CA 94066

RE: Loan Number 0009305137
Property Address :   151 Goodwin Dr
                     San Bruno CA 94066

Dear Jae Dong Jun and Akihito Takamura :

Please be advised that as of the date of this letter, we have
not received the scheduled payments according to your stipulated
agreement; therefore, the agreement has been breached.  The
plan and terms are no longer valid, and all delinquent payments
and fees are due in full on your account.  As a result, your
loan will now be referred to an attorney to proceed with
foreclosure activity.

If you have any questions or need additional assistance to
bring the loan current, please contact our Loss Mitigation
Department at 1-888-577-4011, Monday through Thursday between
the hours of 7:00a.m. and 9:00p.m., Friday,7:00a.m. to 7:00p.m.
or Saturday, 7:00a.m. to 12 Noon Central Standard Time.

Sincerely,
Loss Mitigation Department

NOTICE: EMC is attempting to collect a debt and any information
obtained will be used for that purpose.debt and any information

EMC/JDJ 00002