1  JOHN B. SULLIVAN (State Bar No. 96742)
   REGINA J. McCLENDON (State Bar No. 184669)
2  rjm@severson.com
   ERIK KEMP (State Bar No. 246196)
3  ek@severson.com
   SEVERSON & WERSON
4  A Professional Corporation
   One Embarcadero Center, Suite 2600
5  San Francisco, CA  94111
   Telephone:  (415) 398-3344
6  Facsimile:  (415) 956-0439

7  Attorneys for Defendant
   EMC MORTGAGE CORPORATION
8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11

12 | JAE DONG JUN, AKIHITO TAKAMURA, and | Case No.: 07-cv-06281 MMC
   | LEO TAKAMURA,                        |
13 |                                      | **REQUEST FOR JUDICIAL NOTICE IN
   |        Plaintiffs,                   | SUPPORT OF EMC MORTGAGE
14 |                                      | CORPORATION'S MOTION FOR
   |        vs.                           | SUMMARY JUDGMENT**
15 |                                      |
   | EMC MORTGAGE COMPANY, and DOES 1-10, | Date:    September 5, 2008
16 |                                      | Time:    9:00 a.m.
   |        Defendants.                   | Dept.:   7
17 |                                      | Judge:   Hon. Maxine M. Chesney

18

19       Pursuant to Rule 201 of the Federal Rules of Evidence, which allows a court to take judicial

20  notice of public records (*see Disabled Rights Action Committee v. Las Vegas Events, Inc.*, 375 F.3d

21  861, 866, n.1 (9th Cir. 2004)), defendant EMC Mortgage Corporation requests that the Court take

22  judicial notice of the following documents, which are public records that were duly recorded in the

23  Official Records of San Mateo County:

24       1.    The Deed of Trust dated August 8, 2003, signed by plaintiffs Jae Dong Jun, Akihito

25  Takamura, and Leo Takamura, which encumbers the real property located at 151 Goodwin Drive,

26  San Bruno, CA 94066 (the "Property"), and which was recorded on August 28, 2003, as Instrument

27

28
   ───────────────────────────────────────────────
   11474/0087/680578.1                                         Request for Judicial Notice
                                                               Case No. CV 07 06281 MMC

1 | No. 2003-246003 in the Official Records of San Mateo County.  A true and correct copy of this
2 | deed of trust is attached hereto as Exhibit A.

3 |     2.    The Notice of Default and Election to Sell Under Deed of Trust which was recorded
4 | against the Property on December 21, 2005, as Instrument No. 2005-222414 in the Official Records
5 | of San Mateo County.  A true and correct copy of this notice of default is attached hereto as
6 | Exhibit B.

7 |     3.    The Notice of Trustee's Sale recorded against the Property on September 19, 2006,
8 | as Instrument No. 2006-141659 in the Official Records of San Mateo County.  A true and correct
9 | copy of this notice of trustee's sale is attached hereto as Exhibit C.

10 |     4.    The Trustee's Deed Upon Sale recorded on March 21, 2007. as Instrument
11 | No. 2007-043100 in the Official Records of San Mateo County, and which conveyed title to the
12 | Property to Daniel J. Rosenbledt, Trustee of the Rosenbledt Pie Trust.  A true and correct copy of
13 | this trustee's deed upon sale is attached hereto as Exhibit D.

DATED:  July 25, 2008

SEVERSON & WERSON
A Professional Corporation


By: _____/s/___*Erik Kemp*_____
       Erik Kemp

Attorneys for Defendant
EMC MORTGAGE CORPORATION, sued
incorrectly herein as EMC Mortgage Company