# EXHIBIT C

RECORDING REQUESTED BY
And When Recorded Mail To:

CAL-WESTERN RECONVEYANCE CORPORATION
525 EAST MAIN STREET
P.O. BOX 22004
EL CAJON CA 92022-9004



**2006-141659**
02:09pm 09/19/06 NT Fee: 10.00
Count of pages 2
Recorded in Official Records
County of San Mateo
Warren Slocum
Assessor-County Clerk-Recorder

*20060141659AR*

Trustee Sale No. 1080099-02                Space Above This Line For Recorder's Use

# NOTICE OF TRUSTEE'S SALE      5709830

APN: 017-411-180-7    TRA:10-034
LOAN NO: XXXXXX5137
REF: JUN, JAE DONG
       UNVER

## IMPORTANT NOTICE TO PROPERTY OWNER:

YOU ARE IN DEFAULT UNDER A DEED OF TRUST, DATED August 08, 2003. UNLESS YOU TAKE ACTION TO PROTECT YOUR PROPERTY, IT MAY BE SOLD AT A PUBLIC SALE. IF YOU NEED AN EXPLANATION OF THE NATURE OF THE PROCEEDING AGAINST YOU, YOU SHOULD CONTACT A LAWYER.

On October 18, 2006, at 12:30pm, CAL-WESTERN RECONVEYANCE CORPORATION, as duly appointed trustee under and pursuant to Deed of Trust recorded August 28, 2003, as Inst. No. 2003-246003, in book XX, page XX, of Official Records in the office of the County Recorder of SAN MATEO County, State of CALIFORNIA executed by:

**JAE DONG JUN, AN UNMARRIED WOMAN, AKIHITO TAKAMURA, AN UNMARRIED MAN AND LEO TAKAMURA, A SINGLE MAN, AS JOINT ***

WILL SELL AT PUBLIC AUCTION TO HIGHEST BIDDER FOR CASH, CASHIER'S CHECK DRAWN ON A STATE OR NATIONAL BANK, A CHECK DRAWN BY A STATE OR FEDERAL CREDIT UNION, OR A CHECK DRAWN BY A STATE OR FEDERAL SAVINGS AND LOAN ASSOCIATION, SAVINGS ASSOCIATION, OR SAVINGS BANK SPECIFIED IN SECTION 5102 OF THE FINANCIAL CODE AND AUTHORIZED TO DO BUSINESS IN THIS STATE:

**AT THE MAIN ENTRANCE OF THE CITY HALL OF RECORDS
401 MARSHALL STREET
REDWOOD CITY CALIFORNIA**

all right, title and interest conveyed to and now held by it under said Deed of Trust in the property situated in said County and State described as:

**COMPLETELY DESCRIBED IN SAID DEED OF TRUST. *TENANTS**

NOS.DOC                          Rev. 2/21/2006                          Page 1 of 2

EMC/JDJ 00628

## NOTICE OF TRUSTEE'S SALE

T.S. No: 1080099-02

The street address and other common designation, if any, of the real property described above is purported to be:
**151 GOODWIN DRIVE**
**SAN BRUNO CA 94066**

The undersigned Trustee disclaims any liability for any incorrectness of the street address and other common designation, if any, shown herein.

Said sale will be held, but without covenant or warranty, express or implied, regarding title, possession, condition, or encumbrances, including fees, charges and expenses of the Trustee and of the trusts created by said Deed of Trust, to pay the remaining principal sums of the note(s) secured by said Deed of Trust to wit:

$361,931.06 with interest thereon from **June 01, 2005 @ the rate of 7.500% per annum** as provided in said not(s) plus cost and any advances with interest. ESTIMATED TOTAL DEBT: $402,891.32.

**If the Trustee is unable to convey title for any reason, the successful bidder's sole and exclusive remedy shall be the return of monies paid to the Trustee, and the successful bidder shall have no further recourse.**

The beneficiary under said Deed of Trust heretofore executed and delivered to the undersigned a written declaration of Default and Demand for Sale, and a written Notice of Default and Election to Sell. The undersigned caused said Notice of Default and Election to Sell to be recorded in the county where the real property is located.

FOR SALES INFORMATION: Mon – Fri 9:00am to 4:00pm (619)590-1221
CAL-WESTERN RECONVEYANCE CORPORATION
525 EAST MAIN STREET
P.O. BOX 22004
EL CAJON CA 92022-9004

Dated: September 14, 2006

By: _Authorized Signature_ Jeffrey Ferrer

EMC/JDJ 00629