IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAE DONG JUN, et al., | No. C 07-6281 MMC |
| Plaintiffs, | **ORDER VACATING SEPTEMBER 5, 2008 HEARING** |
| v. | |
| EMC MORTGAGE COMPANY, | |
| Defendant. | |

Before the Court is defendant's Motion for Summary Judgment, filed July 25, 2008 and scheduled for hearing September 5, 2008. Pursuant to the Civil Local Rules of this District, opposition was due no later than August 15, 2008. See Civil L. R. 7-3(a) (providing opposition to motion must be filed no later than 21 days before hearing date). To date, no opposition has been filed.

Accordingly, the Court deems the matter submitted on the moving papers and hereby VACATES the hearing scheduled for September 5, 2008.

**IT IS SO ORDERED.**

Dated: August 18, 2008

MAXINE M. CHESNEY
United States District Judge