UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAE DONG JUN, *et al.*, | No. C-07-6281 MMC (EMC) |
| Plaintiffs, | |
| v. | **CLERK'S NOTICE** |
| EMC MORTGAGE CORPORATION, | |
| Defendant. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Settlement Conference set for October 23, 2008, at 9:30 a.m. before Magistrate Judge Edward M. Chen has been changed to **October 21, 2008, at 9:30 a.m.**

♦ **Settlement Conference statements shall be lodged by hard copy only with Judge Chen's Chambers by October 7, 2008. Statements shall not be electronically filed.**

All other provisions of this Court's original Notice of Settlement Conference and Settlement Conference Order shall remain in effect.

///
///
///
///
///
///

The parties shall notify Magistrate Judge Chen's secretary, Leni Doyle, **immediately** at (415) 522-4050 if this case settles prior to the date set for Settlement Conference.

Dated: August 25, 2008                              RICHARD W. WIEKING, CLERK


By: _____/s/_____
    Leni Doyle
    Deputy Clerk