IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAE DONG JUN, et al.,

        Plaintiffs,

  v.

EMC MORTGAGE COMPANY, et al.,

        Defendants.
                                        /

No. CV-07-6281 MMC

**JUDGMENT IN A CIVIL CASE**

    **( )  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** the Court hereby GRANTS defendants' Motion for Summary Judgment. Specifically, defendant has shown that no genuine issue of material fact exists and that, as a matter of law, defendant did not breach any agreement with plaintiffs by foreclosing on plaintiffs' former residence.


Dated: September 4, 2008                                    Richard W. Wieking, Clerk

                                                                    *Tracy Lucero*

                                                                   By: Tracy Lucero
                                                                   Deputy Clerk